Schieder v Schieder (2024 NY Slip Op 00511)

Schieder v Schieder

2024 NY Slip Op 00511

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, NOWAK, AND KEANE, JJ.

90 CA 23-00989

[*1]JAMES P. SCHIEDER, PLAINTIFF-RESPONDENT,
v
STACIA M. SCHIEDER, DEFENDANT-APPELLANT. 

STACIA M. SCHIEDER, DEFENDANT-APPELLANT PRO SE.

 Appeal from an order of the Supreme Court, Steuben County (Kevin M. Nasca, J.), entered November 14, 2022, in a divorce action. The order denied the motion of defendant seeking, inter alia, to set aside a prior order. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court